UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                  Case No. 22-30023
                                    Originating No.21-40116

**MAURICE ANTHONY STREATER,**

    Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MAURICE ANTHONY STREATER,** to answer to charges pending in another federal district, and states:

1. On **January 14, 2022,** defendant voluntarily appeared in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of South Dakota based on an Indictment**. Defendant is charged in that district with violation of **Pretrial Release.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                              Respectfully submitted,

                                              DAWN N. ISON
                                              United States Attorney

                                              <u>s/Robert White</u>
                                              ROBERT WHITE
                                              Assistant U.S. Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226
                                              (313) 226-9100

Dated: January 14, 2022